UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-mj-02397-TOTES

UNITED STATES OF AMERICA

vs.

JULIEN MICHEL PLUVIOSE,

  Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __x__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __x__ No

            Respectfully submitted,

            WIFREDO A. FERRER
            UNITED STATES ATTORNEY

BY: *Diane Patrick*
    DIANE PATRICK
    ASSISTANT UNITED STATES ATTORNEY
    Florida Bar No. 0770744
    99 N. E. 4th Street
    Miami, Florida  33132-2111
    TEL (305) 961-9414
    FAX (305) 530-7976
    Diane.Patrick@usdoj.gov

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

v.

JULIEN MICHEL PLUVIOSE

**CRIMINAL COMPLAINT**

CASE NUMBER: 16-mj-02397 Torres

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about March 27, 2016, at the Miami International Airport, in Miami-Dade County, in the Southern District of Florida, the defendant, JULIEN MICHEL PLUVIOSE, did knowingly possess a counterfeited, altered, and falsely made document prescribed by statute and regulation for entry into or as evidence of authorized stay and employment in the United States, that is, a Lawful Permanent Resident Card ("I-551") and a Social Security card, which the defendant knew to be forged, counterfeited, altered, and falsely made, in violation of Title 18, United States Code, Section 1546(a).

I further state that I am an Enforcement Officer with U.S. Customs and Border Protection ("CBP"), and that this complaint is based on the following facts:

On or about March 27, 2016, the defendant, JULIEN MICHEL PLUVIOSE, arrived at Miami International Airport aboard American Airlines Flight #1632 from Cap Haitien, Haiti. At CBP primary, the defendant presented a Haitian passport and U.S. visa to CBP for examination and entry into the United States. The defendant was admitted in primary inspection, but was selected for a random luggage examination in the secondary inspection area. As result of the examination, CBP Officers discovered a counterfeit I-551 card bearing the defendant's misspelled name, which is actual photograph and biographical information, along with a counterfeit social security card bearing the defendant's misspelled name. A records check of the I-551 card number revealed that the I-551 card number belonged to a Canadian mail who had become a naturalized U.S. citizen in 2012. The social security card number was tracked and was determined to be a nonexistent number that had never been assigned. The defendant provided a sworn statement in secondary and admitted that he obtained the documents from a Mexican national for $50.00 and that he purchased the fraudulent documents because he knew these documents would help him obtain employment in the United States.

RAMON MELENDEZ, ENFORCEMENT OFFICER
U.S. CUSTOMS AND BORDER PROTECTION

Sworn to before me, and subscribed in my presence,

__MARCH 29, 2016__      at      __Miami, Florida__
Date                              City and State

EDWIN G. TORRES
__UNITED STATES MAGISTRATE JUDGE__
Name and Title of Judicial Officer

Signature of Judicial Officer